UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK McCLESKEY, Trustee, INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| *Plaintiffs*, | ) | 1:12-cv-00922-JMS-TAB |
| | ) | |
| *vs.* | ) | |
| | ) | |
| DOUG & STEVE CONSTRUCTION, INC., an Indiana for-profit domestic corporation, | ) ) | |
| *Defendant.* | ) | |

## ORDER TO SHOW CAUSE

The Court's review of the docket in this action reflects no activity since July 24, 2012.

[Dkt. 5]  The Plaintiff must **SHOW CAUSE** no later than **January 14, 2013**, why the Court

should not dismiss this action without prejudice for failure to prosecute.  *See Link v. Wabash R.*

*Co.*, 370 U.S. 626, 630-631 (1962) ("The authority of a court to dismiss *sua sponte* for lack of

prosecution has generally been considered an 'inherent power,' governed not by rule or statute

but by the control necessarily vested in courts to manage their own affairs so as to  achieve the

orderly and expeditious disposition of cases."); *see also GCIU Employer Retirement Fund v.*

*Chicago Tribune Co.*, 8 F.3d 1195, 1198-1199 (7th Cir. 1993) ("[A] party cannot decide for itself

when it feels  like pressing its action and when it feels like taking a break because trial judges

have a responsibility to litigants to keep their court calendars as current as humanly possible."

(quotation omitted)).  Any response to this Order must include a proposed schedule to promptly

resolve this action.  A failure to respond will be deemed consent to a dismissal without prejudice.

01/03/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only</u>:**

Donald D. Schwartz
ARNOLD & KADJAN
dschwartz@arnoldandkadjan.com